IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

MICHAEL ANTHONY NIEMAN,
T.M.N and N.D.F.,

    Plaintiff,

v.

PORTAGE COUNTY HEALTH AND
HUMAN SERVICES, et al.,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 12-cv-501-wmc

---

    This action came for consideration before the court with District Judge William M. Conley presiding.  The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case for lack of subject matter jurisdiction.


| /s/ | 4/29/2014 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |